UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>UKIAH POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 23-cv-01938-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2023, Court mail addressed to Plaintiff was returned as undeliverable because Plaintiff was no longer in custody. ECF No. 4. N.D. Cal. L.R. 3-11 provides that the Court may, without prejudice, dismiss a complaint when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* N.D. Cal. Civil L.R. 3-11(b). More than sixty days has passed since court mail addressed to Plaintiff was returned as undeliverable. Accordingly, the instant action is DISMISSED without prejudice pursuant to N.D. Cal. Civil L.R. 3-11. The Clerk shall enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: July 31, 2023

                                                                          JON S. TIGAR<br>
                                                       United States District Judge